IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GREGORY SCOTT HENDERSON                                                                 PLAINTIFF

v.                                    Case No. 6:13-cv-06137

NATHAN GREELEY; DAVID
NORWOOD; and JAILER DOUG
WOOD                                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 23, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 41). Judge Bryant recommends Defendants' Motion for Summary Judgment be granted.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, the Defendants' Motion for Summary Judgment (ECF No. 32) is hereby **GRANTED**, and Plaintiff's Complaint is dismissed with prejudice.

**IT IS SO ORDERED**, this 20th day of March, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge